

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

CORRECTION LETTER -   MOTION FOR NEW TRIAL

June 17, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 4:03:10 PM
CHRISTOPHER A. PRINE
Clerk

ANDREW G. MCGEE
ATTORNEY OF RECORD
4720 DOWLING
HOUSTON TEXAS 77004

Defendant's Name:  TATRON JAFAR WILLIAMS

Cause No:  1431281

Court:  262ND

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  05/04/2015
**Sentence Imposed Date:**  04/23/2015
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:**  ANDREW G. MCGEE
Motion for New Trial   05/22/2015


Sincerely,


/S/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
       District Attorney
       Appellate Division
       Harris County, Texas

       MATTIE KIMBLE  (DELIVERED VIA E-MAIL)


This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P.O. Box 4651   Houston, Texas  77210-4651